THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH MULLINS, alias JOHN ROGERS, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.— Motion for leave to prosecute appeal as a poor person from an order dismissing a writ of habeas corpus. No affidavits or other papers indicating the merits of the appeal accompany the notice of motion. Motion denied, without prejudice to its renewal upon proper papers. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

PEARL MUTHIG, Respondent, v. CHARLES MUTHIG, Appellant.— Motion for a stay. Although this court has held that the order of the county judge granting a mistrial is appealable, nevertheless, it appears to us from the papers submitted on the argument that the appeal is of dubious merit. Therefore, we are constrained to deny the application for a stay and leave to counsel for the plaintiff to determine whether he wants to proceed with the trial in view of the pending appeal. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

GALLILEO TOBIA et al., Doing Business as TOBIA AND SPATOLA, Respondents, v. ARTHUR A. NEWELL, Appellant.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

In the Matter of the Claim of ROSALYN W. TOOMEY, Appellant, against NEW YORK STATE LEGISLATURE (ASSEMBLY) et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to require the carrier-respondent, State Insurance Fund, to accept notice of appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

In the Matter of CORINNE C. WATERMAN, Petitioner, against ATTORNEY-GENERAL OF THE STATE OF NEW YORK, Respondent.— Motion for reargument denied. In our opinion we have no power upon the papers submitted to issue an order of mandamus against the Attorney-General. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante,* p. 676.]

In the Matter of the Accounting of ALLEN D. POTTER et al., as Executors of FRANK P. DOWE, Deceased. ALBERT A. DOWE, Appellant; ALLEN D. POTTER et al., Executors and Trustees under the Will of FRANK P. DOWE, Respondents. — Motion to amend decision of this court, handed down May 19, 1954, with respect to costs. Motion denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante,* p. 979.]